# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**VIVI STAFFORD MD,**

CASE NO: **1:19–CV–00168–AWI–EPG**

v.

**AVENAL COMMUNITY HEALTH CENTER, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/6/2021**

**Keith Holland**
Clerk of Court

ENTERED:  **August 6, 2021**

by: /s/ C. Marrujo
Deputy Clerk